UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
JUAN ORTIZ,
on behalf of himself and all others
similarly situated                                             CASE NO. 2:13-cv-01938-WHW-CLW

                Plaintiff,
    v.
SCOTT LOWERY LAW OFFICES, P.C. and
CACH, LLC.

                Defendants.
-------------------------------------------------------X

## NOTICE OF DISMISSAL

      Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby stipulates to and gives notice of the dismissal of the above-entitled and numbered action, with prejudice as to Plaintiff and without prejudice as to the rights of the unnamed putative class members.

                                            Respectfully submitted,

                                            /s/ Ryan Leyland Gentile
                                            _____
                                            Ryan Leyland Gentile
                                            Law Offices of Gus Michael Farinella PC
                                            147 West 35th Street
                                            Suite 1008
                                            New York, NY 10001
                                            212-675-6161
                                            Email: rlg@lawgmf.com
                                            ATTORNEY FOR PLAINTIFF